# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Ashland Specialty Ingredients GP | 12/30/2022 | Wire | $ 36,503.46 |
| Akorn Operating Company, LLC | Ashland Specialty Ingredients GP | 1/27/2023 | Wire | $ 33,180.84 |
| Akorn Operating Company, LLC | Ashland Specialty Ingredients GP | 2/14/2023 | Wire | $ 60,331.10 |
|  |  |  |  | $ 130,015.40 |